NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

### IN RE GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC.

*Petitioners.*

---

Miscellaneous Docket No. 946

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 07-CV-511, Magistrate Judge Charles Everingham, IV.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Google et al. (Google) submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to rule on its motion to transfer venue. Google also moves without opposition for leave to file a corrected petition.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Software Rights Archive, LLC is directed to respond no later than July 22, 2010.

(2) The motion for leave to file a corrected petition is granted.

FOR THE COURT

JUL 0 7 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Paul D. Clement, Esq.
     Claude M. Stern, Esq.
     Richard S.J. Hung, Esq.
     Lee L. Kaplan, Esq.
     Clerk, United States District Court for the Eastern
District of Texas

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 0 7 2010

**JAN HORBALY**
**CLERK**